

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00582-CV

John **DOE**,
Appellant

v.

Juan J. **CRUZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-001656-D4
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we WITHDRAW our August 9, 2023 opinion and judgment in this case.

The trial court's "Order Denying Plaintiff's Motion to Dismiss, Granting Defendant's Motion for Sanctions, and Determining Falsity as to Minority" is AFFIRMED IN PART as to the denial of appellant John Doe's motion to dismiss appellee Juan Cruz's defamation claim and as to the portion of Cruz's pleading for "Hate Crime Reporting." The remainder of the trial court's order is REVERSED, and judgment is RENDERED dismissing Cruz's claims for "revenge porn," tortious interference with contract, intentional infliction of emotional distress, and "frivolous pleadings." This case is remanded to the trial court for further proceedings consistent with this opinion, including for the trial court to award Doe court costs, pursuant to section 27.009(a)(1) of the Texas Civil Practice and Remedies Code, and for consideration of sanctions, pursuant to section 27.009(a)(2), and attorney's fees, pursuant to section 27.009(c).

It is ORDERED that Doe recover his costs of this appeal from Cruz.

SIGNED November 29, 2023.

_____
Lori I. Valenzuela, Justice